# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32679 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Craig M. GEIER** | ) | |
| **Airman Basic** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 14 January 2021, the above-captioned case was docketed with this court. Upon review of the record of trial, the court noted the inclusion of two charge sheets, both of which indicate some of the charges and specifications were withdrawn and dismissed. Further, the referrals of the charges and specifications to a general court-martial were lined out and "withdrawn." There is no charge sheet in the record of trial that reflects any of the charges or specifications in this case were referred to another court-martial.

Rule for Courts-Martial (R.C.M.) 1112(d),* in effect at the time pertinent to this case, provides for correction of a record of trial found to be incomplete or defective before or after certification. R.C.M. 1112(d)(2)–(3) describes the procedure for return of the record of trial to the military judge for correction under this rule. "The military judge shall give notice of the proposed correction to all parties and permit them to examine and respond to the proposed correction." *See* R.C.M. 1112(d)(2).

Accordingly it is by the court on this 29th day of January, 2021,

**ORDERED:**

The record of trial is **RETURNED** to the Chief Trial Judge, Air Force Trial

---

*All references in this order to the Rules of Courts-Martial are to the *Manual for Courts-Martial, United States* (2019 ed.).

Judiciary, for action consistent with R.C.M. 1112(d).


FOR THE COURT

CAROL K. JOYCE
Clerk of the Court